UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 2:05-cr-21-FtM-33SPC |
| GARY LEE JONAS, | : |
| Defendant. | : |

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court on Motion of the United States for Entry of a Final Judgment of Forfeiture for the $490,000.00 in United States currency in lieu of real property known as 330 Holiday Drive, Hallandale, Florida. The Court, having been fully advised in the premises, finds as follows:

1. On March 22, 2006, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 230), forfeiting to the United States of America all right, title, and interest of defendant Gary Lee Jonas in the following real property:

> That real property known as 330 Holiday Drive, Hallandale, Florida, together with its improvements, fixtures, attachments and appurtenances, which is legally described as follows:
>
> Lot 26 in Block 19 , of A REPLAT OF GOLDEN ISLES, SECTION "D", according to the Plat thereof, recorded in Plat Book 53, at page 21, of the Public Records of Broward County, Florida.

2. Notice of the Preliminary Order of Forfeiture as to defendant Gary Lee Jonas was sent via certified mail, return receipt requested, to the following third parties

known to have alleged an interest in the asset found subject to forfeiture:

    a.    Wachovia Bank, N.A., P.O. Box 50010, Roanoke, VA 24022, Certified Mail No. 7002 0460 0003 7650 3025 on March 24, 2006; signed on March 27, 2006 and returned;

    b.    Heidi Enzenhofer, a/k/a Heidi Enzenhofer Jones, 330 Holiday Drive, Hallandale, Florida 33009, Certified Mail No. 7002 0460 0003 7650 3049 on March 24, 2006; signed on March 27, 2006 and returned; and

    c.    The Honorable Judith M. Fink, Broward County Tax Collector, 115 S. Andrews Avenue, #A100, Ft. Lauderdale, Florida 33301, Certified Mail No. 7002 0460 0003 7650 3032 on March 24, 2006, 2005; signed on March 27, 2006 and returned.

3.    On June 20, 2006, the United States and Heidi Enzenhofer Jones entered into Stipulated Settlement Agreements in which the Heidi Enzenhofer Jones agreed to pay the United States $490,000.00 in lieu of the subject real property. (Doc. 255), which sum represents the defendant's equity in the property.

4.    On September 20, 2006, in accordance with settlement agreement, Heidi Enzenhofer Jones sent a check in the amount of $490,000.00 to the United States. On September 25, 2006, the Immigration and Customs Enforcement deposited the check into the Treasury holding account. (Doc. 271).

5.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *News Press*, a newspaper of general circulation in Lee County, Florida on October 24, 2006, October 31, 2006 and November 7, 2006 and in the *Broward Daily Business*, a newspaper of general circulation in Broward County, Florida, on October 27, 2006, November 3, 2006 and November 10, 2006. (Docs. 276 and 275). The publication gave notice to all third parties with a legal interest in the real property to file with the

Office of the Clerk, United States District Court, Middle District of Florida, 2110 First Street, Fort Myers, Florida 33901, a petition to adjudicate their interest within 30 days of the final date of publication.

6. No persons or entities, other than the defendant Gary Lee Jonas, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the persons and entities identified in paragraph 2 above, are known to have an interest in the subject real property. No third party other than the Wachovia Bank, N.A. and Heidi Enzenhofer Jones, has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired. The claim of Heidi Enzenhofer Jones has been addressed through a settlement agreement with the United States.

7. The Court finds that the subject funds is the property of defendant Gary Lee Jonas.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the $490,000.00 in United States currency in lieu of real property known as 330 Holiday Drive, Hallandale, Florida is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law, subject to the terms and conditions of the settlement agreements entered into between the United States of America and Heidi Enzenhofer Jones.

Clear title to the funds is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of December, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   Anita M. Cream, AUSA
             Attorneys of Record